# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# ALBANY DIVISION

| | |
|---|---|
| MICHAEL DAVID DENNEY, | : |
| Plaintiff, | : |
| v. | : 1:06-cv-172 (WLS) |
| CYNTHIA NELSON, et al., | : |
| Defendants. | : |

## ORDER

Before the Court is a Recommendation from United States Magistrate Judge Richard L. Hodge filed on December 13, 2007. (Doc. 21). It is recommended that Plaintiff's § 1983 action be dismissed for failure to state a valid denial of access to courts claim. *Id*. Plaintiff filed a timely objection to the Report and Recommendation on December 31, 2007.[1] (Doc. 23).

In the Recommendation, it was found that Plaintiff's pending § 1983 claim did not adequately establish that Plaintiff was denied access to the courts, and Magistrate Judge Hodge, therefore, recommends that Plaintiff's claim be dismissed. (Doc. 21). Plaintiff alleged that he was denied access to the courts when he was placed in administrative segregation and CERT team members removed some "22 bundles of legal pleadings...and his 5 law books" from his cell. Although Plaintiff alleges that he was denied access to the courts, each of the cases or actions he enumerates were concluded prior to the confiscation of any of his legal materials. *Id*. As noted by Magistrate Judge Hodge, a Plaintiff must suffer actual injury in order to maintain standing to bring a claim for denial of access to the courts. *Id.* Unfortunately for Plaintiff, no such injury has been shown to have occurred here.

In his objection, Plaintiff contends that Magistrate Judge Hodge allowed Defendant's counsel "to have a free hand in not complying withe [*sic*] the Rules of Discovery." (Doc. 23). However, Plaintiff offers no support for this contention. Plaintiff also contends that the Court failed to rule on his Motion for Hearing (Doc. 16) and his Motion to Compel (Doc. 13). (Doc.

---

[1] There may be some question as to the timeliness of Plaintiff's Objection (Doc. 23) as it was filed with the Clerk of Court outside of the 10 day deadline imposed by Judge Hodge's Recommendation. (Doc. 23). However, the same appears to have been signed by Plaintiff on December 21, 2007, well within the deadline.

1

23).  Magistrate Judge Hodge actually issued an order denying Plaintiff's motions (Docs. 16, 13) as moot because of his pending recommendation to the Court that Plaintiff's case be dismissed. (Doc. 22).  Accordingly, Plaintiff's objections (Doc. 23) are **DENIED**.

Therefore, upon full review and consideration upon the record, the Court finds that said Report and Recommendation (Doc. 21) should be, and hereby is, **ACCEPTED**, **ADOPTED** and made the Order of this Court for reason of the findings made and reasons stated therein, together with the findings made, reasons stated and conclusions reached herein.  Accordingly, Petitioner's § 1983 claim (Doc. 2) is **DISMISSED**.

**SO ORDERED**,  this   11th   day of January, 2008.

    /s/W. Louis Sands
**THE HONORABLE W. LOUIS SANDS,**
**UNITED STATES DISTRICT COURT**